UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-1321-G (BH) |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.  Accordingly, plaintiff's motion for summary judgment (docket entry 17), filed September 19, 2011, is **DENIED**,

defendant's motion for summary judgment (docket entry 18), filed October 19, 2011, is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**.

September 28, 2012.

                               _____
                               **A. JOE FISH**
                               **Senior United States District Judge**